# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0371, <u>Richard M. Husband & a. v. Town of Hudson</u>, the court on November 9, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiffs, Richard M. Husband and Stephanie M. Husband, brought nuisance and related claims against the defendant, the Town of Hudson, asserting that the defendant was drawing an unreasonable amount of water from its two wells near Darrah Pond in the Town of Litchfield in violation of their littoral ownership rights as abutters of the pond. After nonsuiting their nuisance claim without prejudice, they appeal orders of the Superior Court (<u>Temple</u>, J.) dismissing and entering summary judgment on their related claims, arguing that the trial court erred in ruling that: (1) the New Hampshire Public Utilities Commission authorized the defendant to draw water from the wells for use by non-residents of Litchfield; (2) their claim for declaratory judgment is duplicative of their nuisance claim; (3) their allegations of trespass and invasion of privacy did not constitute a separate cause of action; and (4) the plaintiffs were not entitled to judgment as a matter of law.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned orders, the plaintiffs' challenges to them, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**